**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**VANGIE CORLETO**

      **Plaintiff,**

**vs.**                                             **Case No.  1:16-cv-00837 KBM-SMV**

**GOVERNMENT EMPLOYEES INSURANCE COMPANY**
**AND JOSH BARRETT as agent for**
**GOVERNMENT EMPLOYEES INSURANCE**
**COMPANY,**

      **Defendants.**

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court upon Defendants' Motion to Dismiss with Prejudice all claims which have been set forth or which could have been set forth in this action by Plaintiff, and the Court having considered said Motion, noting the concurrence of counsel, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the above-captioned matter, against all Defendants is hereby dismissed with prejudice.

_____
Karen B. Molzen
United States Chief Magistrate Judge

APPROVED:

Approved via email on August 26, 2016
Arturo B. Nieto
*Attorney for Plaintiff*

2

Telephonic Approval on September 6, 2016
Daniel W. Lewis
*Attorney for Josh Barrett*


Telephonic Approval on September 6, 2016
Jessica C. Singer
*Attorney for GEICO as to the*
*extra contractual claims only*


 /s/ Stephen M. Simone, Attorney at Law
Stephen M. Simone
*Attorney for Defendant GEICO*